April 9, 2024

_____

RESPONSE REQUESTED

_____

No. 23-6273,   US v. Allen Gill
1:07-cr-00149-JKB-3, 1:16-cv-02749-JKB

TO:   Allen Gill

RESPONSE DUE: 04/19/2024

Response is required to the motion for summary reversal on or before 04/19/2024.

Emily Borneisen, Deputy Clerk
804-916-2704