UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-6273
(1:07-cr-00149-JKB-3)
(1:16-cv-02749-JKB)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellant

v.

ALLEN GILL, a/k/a Bam, a/k/a Bam-Bam

Defendant - Appellee

_____

O R D E R

_____

The court denies the motion to suspend briefing pending resolution of the motion for

summary reversal and grants an extension of the briefing schedule. Any further request for

an extension of time in which to file the opening brief and joint appendix shall be disfavored.

The briefing schedule is extended as follows:

Joint appendix due: 05/08/2024

Opening brief due: 05/08/2024

Response brief due: 06/07/2024

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk