# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff - Appellant,<br><br>v.<br><br>ALLEN GILL, a/k/a Bam, a/k/a Bam-Bam,<br>      Defendant - Appellee. | No. 23-6273 |

## UNITED STATES OF AMERICA'S UNOPPOSED MOTION
## TO EXTEND TIME TO FILE AN OPENING BRIEF AND APPENDIX

    The government hereby moves the Court to extend our time to file an opening brief and appendix. *See* Fed. R. App. P. 26(b) (providing that, "[f]or good cause, the court may extend the time prescribed . . . by its order to perform any act"). Our filing deadline is today. Order, filed August 6, 2024. We are seeking to extend this deadline by about one month—until Friday, October 4, 2024. The government has informed the Federal Public Defender's Office, which represents Gill, about this motion, and Gill's counsel does not object to it.

    The government has good cause for this extension of time: In the past month, the undersigned has regularly worked about 65 hours per week on other matters with more immediate and higher priority deadlines. As a result, the undersigned has not been able to finish this brief and appendix, even though they are both substantially completed. He nonetheless intends to try to finish them in the next week—and if he

1

is unable to do so, he will look into reassigning this government appeal to one of the three other attorneys in his small Division (who already have their own caseloads). The undersigned does not seek this extension of time for purposes of delay—indeed, he opposed Gill's recent motion to hold this appeal in abeyance—but because his current workload and responsibilities require it.

**WHEREFORE,** the government respectfully asks the Court to grant this unopposed motion and thereby extend our time to file an opening brief and appendix until October 4, 2024.

Respectfully submitted,

Erek L. Barron
United States Attorney

/s/ David C. Bornstein
Assistant United States Attorney
Chief, Appellate Division
United States Attorney's Office
36 South Charles Street, 4th Floor
Baltimore, Maryland 21201
(410) 209-4800

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION
AND TYPEFACE AND TYPE-STYLE REQUIREMENTS**

This motion complies with the type-volume limitation set forth in Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), it contains 259 words.

This motion also complies with the typeface and type-style requirements in Fed. R. App. P. 32(a)(5) and (a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

Dated:  September 5, 2024.                      /s/ David C. Bornstein
                                                Assistant United States Attorney